# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132489

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AUBREY VICTOR COTTON,
      Defendant-Appellant.

SC: 132489
COA: 273035
Wayne CC: 89-011181-01

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

On order of the Court, the application for leave to appeal the September 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

Clerk

p0122